UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Carol J. Benson, | Case No.:  05-cv-497 PAM/JSM |
| Plaintiff, | |
| vs. | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| Four-Eleven, Inc., d/b/a The Chart House, Frank Schoeben and Linda Noreen, | |
| Defendants. | |

---

### ORDER FOR DISMISSAL

BASED UPON THE STIPULATION OF DISMISSAL WITH PREJUDICE ENTERED INTO BY PLAINTIFF CAROL J. BENSON AND DEFENDANTS FOUR-ELEVEN, INC. D/B/A THE CHART HOUSE, FRANK SCHOEBEN AND LINDA NOREEN, AND UPON ALL OF THE FILES, RECORDS AND PROCEEDINGS HEREIN,

**IT IS HEREBY ORDERED:** THAT ALL CLAIMS ASSERTED BY PLAINTIFF IN THE ABOVE-ENTITLED ACTION, INCLUDING ALL CLAIMS FOR ATTORNEYS' FEES, ARE HEREBY DISMISSED WITH PREJUDICE AND ON THE MERITS, WITHOUT COST TO ANY OF THE PARTIES HERETO. THERE BEING NO JUST REASON FOR DELAY, JUDGMENT OF DISMISSAL SHALL BE ENTERED.

**BY THE COURT:**

DATED: _FEBRUARY 16, 2006_____

s/PAUL A. MAGNUSON
THE HONORABLE PAUL A. MAGNUSON
SENIOR JUDGE, U.S. DISTRICT COURT

CASE 0:05-cv-00497-PAM-JSM   Document 24   Filed 02/16/06   Page 2 of 2

2